STATE OF NEW JERSEY v. ELIZABETH TRAVERS.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JUDSON J. HANLON.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN THOMAS.

November 16, 1976. Petition for certification denied.

THERESA HEBERLING v. ROBERT J. BISHOP.

November 1, 1976. Petition for certification is granted and the matter is remanded to the trial court.

HENRY O. BOENNING v. THE BRICK TOWNSHIP MUNICI-PAL UTILITIES AUTHORITY.

November 9, 1976. Petition for certification is granted, the Appellate Division is reversed and the matter is remanded to that court for a hearing.